IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Criminal No. 3:19-cr-59 |
| v. ) | |
| ) | **INDICTMENT** |
| ) | |
| BRYAN HANSON, ) | T. 18 U.S.C. § 111(a) |
| ) | T. 18 U.S.C. § 1114 |
| Defendant. ) | |

**THE GRAND JURY CHARGES:**

**COUNT 1**
**(Assault on a Postal Worker)**

That on or about April 29, 2019, in the Southern District of Iowa, the defendant, BRYAN HANSON, did forcibly assault, impede, intimidate, or interfere with any person designated in Title 18, Section 1114, while engaged in or on account of the performance of official duties.

This is a violation of Title 18, United States Code, Section 111(a).

**A TRUE BILL.**

_____
FOREPERSON

Marc Krickbaum
United States Attorney

By: _____
Melisa K. Zaehringer
Assistant United States Attorney

1